IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES THORNTON, | ) | Case No. 4:10 CV 3243 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER ON MOTION TO STRIKE |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The Plaintiff's Motion to Strike Summons Returned Executed has been reviewed and the Court finds the Motion to be granted.

DATED this 21st day of January, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge