IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3243 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on Defendant's Motion for Reconsideration and Unopposed Motion to Compel Compliance with Subpoena Duces Tecum filed by Defendant, Wal-Mart Stores, Inc., ("Wal-Mart"), and good cause having been shown,

IT IS ORDERED:

1) The undersigned's order (filing no. 22) quashing the Subpoena Duces Tecum served by Defendant on the Nebraska Department of Labor is withdrawn and the Nebraska Department of Labor's motion to quash (filing no. 19) is denied.

2) Defendant's unopposed motion to compel (filing no. 23) is granted. The Nebraska Department of Labor shall comply with the subpoena issued by Defendant within 7 days of the date of this Order.

DATED this 3rd day of May, 2011.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge