> IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO clerk@ned.uscourts.gov. IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES THORNTON, | ) | Case Number: 4:10-cv-003243 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT TO EXERCISE |
| | ) | OF JURISDICTION BY A |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| WAL-MART STORES, INC., | ) | AND |
| | ) | ORDER OF REFERENCE |
| Defendant | ) | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | | Date |
|---|---|---|---|
| [signature] | For | Plaintiff, James Thornton | 10/14/11 |
| [signature] | For | Defendant, Wal-Mart Stores, Inc. | 10/13/11 |
| | For | | |
| | For | | |
| | For | | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable __Judge Zwart__, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

| 10/18/11 | s/ Richard G. Kopf |
|---|---|
| Date | United States District Judge |

clerk\proc\forms\consent.frm
04/13/11

DOCS/1066454.1