IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3243 |
| | ) | |
| v. | ) | |
| | ) | FINAL PROGRESSION ORDER |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the request of the parties during the status conference held on October 10, 2011, the progression order (filing 39) is amended as follows:

a. A jury trial is set to commence before the undersigned magistrate judge on May 14, 2012 in the North Platte Courtroom, Federal Building, 300 East 3rd Street, North Platte, NE. No more than three days are allocated to the trial of this case and counsel shall plan accordingly.

b. The Pretrial Conference will be held before the undersigned magistrate judge on May 3, 2012 at 11:30 a.m. by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on May 2, 2012. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

c. A telephonic conference with the court will be held on March 1, 2012 at 10:00 a.m. to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

d. The discovery and deposition deadline is December 16, 2011. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

e. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is January 17, 2012.

October 18, 2011.                           BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge